BOROUGH OF ALPINE, PLAINTIFF-RESPONDENT, v. ALPINE HILLS, INC. AND CRESSKILL HILLS, INC., DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued February 18, 1980—Decided March 4, 1981.

Before Judges MICHELS and KOLE.

*Allan H. Klinger* argued the cause for appellants (*Edith Klinger* on the brief).

*James P. Logan* argued the cause for respondent (*Schneider, Schneider & Balt,* attorneys; *C. Conrad Schneider* of counsel and on the brief).

PER CURIAM.

The judgment of the Tax Court is affirmed substantially for the reasons expressed by Judge Hopkins in his written opinion of June 25, 1980, reported at 1 *N.J.Tax* 136 (Tax Ct. 1980).

Affirmed.